FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 JUN -9 PM 1: 17
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRUCE TIMOTHY JONES,

    Petitioner,

v.

WARDEN BOOKER, WARDEN JACKSON, BRIAN OWENS, and THE ATTORNEY GENERAL OF THE STATE OF GEORGIA,

    Respondents.

CASE NO. CV410-098

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Docs. 5, 6). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the Opinion of the Court. This case is **DISMISSED** and the **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 9th day of June, 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA